GUNTON (ELLSWORTH v.). See Case No. 18,294.

# H.

HALLACK v. BLAIR. See Case No. 18,292.

## Case No. 18,300.

HANCOCK v. WILMINGTON & R. R. CO.

[Cited in Case No. 11,563. Nowhere reported; opinion not now accessible.]